**ORIGINAL**

Joseph R. Saveri (State Bar No. 130064)
jsaveri@lchb.com
Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
Eric B. Fastiff (State Bar No. 182260)
efastiff@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Individual and Representative Plaintiff Carl Phillips*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL PHILLIPS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND COMPANY; DEERE & COMPANY; TECUMSEH PRODUCTS COMPANY; PLATINUM EQUITY, LLC; BRIGGS & STRATTON CORPORATION; KAWASAKI MOTORS CORP. USA.; MTD PRODUCTS INC; THE TORO COMPANY; AMERICAN HONDA MOTOR COMPANY, INC.; ELECTROLUX HOME PRODUCTS, INC.; HUSQVARNA OUTDOOR PRODUCTS, INC.; and THE KOHLER COMPANY,<br><br>Defendants. | Case No. CV 08 2671 SBA<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ERIC B. FASTIFF IN SUPPORT OF COMPLAINT FOR DAMAGES FOR DECEPTIVE BUSINESS PRACTICES** |

I, Eric B. Fastiff, under penalty of perjury, do hereby state as follows:

1. I am one of the counsel for Plaintiff Carl Phillips and the proposed Class in the above-entitled action. This Declaration, which is based on information and belief of the facts stated herein, is submitted in support of the Class Action Complaint filed concurrently herewith.

2. Mr. Phillips brings this action for money damages, equitable relief and restitution on behalf of himself and all similarly-situated individuals and entities who were harmed by the practices described in the complaint.

3. A substantial portion of the conduct at issue in this litigation and as more fully described in the Complaint occurred within the Northern District of California and, more specifically, in San Francisco County, California, as the Defendants conduct business in San Francisco and engaged in the actions complained of in the Complaint in San Francisco.

I declare that the foregoing is true and correct. Executed in San Francisco, California on May 28, 2008.

*/s/ Eric B. Fastiff*
ERIC B. FASTIFF