COPY

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL PHILLIPS, individually, and on behalf of all others similarly situated, | **SUMMONS IN A CIVIL CASE**<br>CASE NUMBER: |
| V. | |
| SEARS, ROEBUCK AND COMPANY; DEERE & COMPANY; TECUMSEH PRODUCTS COMPANY; PLATINUM EQUITY, LLC; BRIGGS & STRATTON CORPORATION; KAWASAKI MOTORS CORP. USA.; MTD PRODUCTS INC.; THE TORO COMPANY; AMERICAN HONDA MOTOR COMPANY, INC.; ELECTROLUX HOME PRODUCTS, INC.; HUSQVARNA OUTDOOR PRODUCTS, INC.; THE KOHLER COMPANY | |

TO: (Name and address of defendant)

*See Above Named Defendants*       **SBA**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph R. Saveri
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK                                                                    DATE_____

MARY ANN BUCKLEY
(BY) DEPUTY CLERK

739242.1

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]  **DATE** |
| Name of SERVER  **TITLE** |
| *Check one box below to indicate appropriate method of service* |
| ☐ Served Personally upon the Defendant. Place where served: |
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: |
| ☐ Returned unexecuted: |
| ☐ Other *(specify)*: |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    *Date*                                                       *Signature of Server*

                                                                _____
                                                                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

739242.1