1  Joseph R. Saveri (State Bar No. 130064)
   *jsaveri@lchb.com*
2  Michael W. Sobol (State Bar No. 194857)
   *msobol@lchb.com*
3  Eric B. Fastiff (State Bar No. 182260)
   *efastiff@lchb.com*
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
5  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
6  Facsimile:  (415) 956-1008

7  [Additional Counsel Listed on Signature Page]

8  *Attorneys for Individual and Representative Plaintiff*
   *Carl Phillips*

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         (OAKLAND DIVISION)
12

13

14  CARL PHILLIPS, individually, and on behalf     Case No. 08-02671 SBA
    of all others similarly situated,
15                                                 **PLAINTIFF CARL PHILLIPS'S**
                    Plaintiff,                     **CERTIFICATION OF INTERESTED**
                                                   **ENTITIES OR PERSONS PURSUANT TO**
16  v.                                             **LOCAL RULE 3-16**

17  SEARS, ROEBUCK & CO., *et al.*,                The Honorable Saundra B. Armstrong

18                  Defendants.

19

20

21

22

23

24

25

26

27

28

765307.1

PLTF CARL PHILLIPS'S CERT. OF INTERESTED ENTITIES
OR PERSONS PURSUANT TO LOCAL RULE 3-16
CASE NO. 08-02671 SBA

1 | Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 10, 2008

Respectfully Submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:  */s/ Eric B. Fastiff*
    Eric B. Fastiff

Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Michael W. Sobol (State Bar No. 194857)
*msobol@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Samuel D. Heins
*sheins@heinsmills.com*
Vincent J. Esades
*vesades@heinsmills.com*
Scott W. Carlson
*scarlson@heinsmills.com*
Katherine T. Kelly
*kkelly@heinsmills.com*
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605

Brian M. Sund
*bsund@morrisonfenske.com*
Eric G. Nasstrom
*enasstrom@morrisonfenske.com*
Joshua G. Hauble
*jhauble@morrisonfenske.com*
MORRISON FENSKE & SUND, P.A.
5125 County Road 101, Suite 102
Minnetonka, MN 55345
Telephone: (952) 975-0050

*Attorneys for Individual and Representative Plaintiff Carl Phillips*

# CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, I caused the foregoing document to be served via U.S. Mail to the following:

William H. Manning
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402

Judy L. Cates
**THE CATES LAW FIRM, L.L.C.**
216 West Pointe Drive, Suite A
Swansea, IL  62226

Platinum Equity, LLC
c/o CT Corporation System
818 West 7th St., Second Floor
Los Angeles, CA 90017

Charles J. Swartwout
**GUNDLACH, LEE, EGGMANN, BOYLE & ROESSLER**
5000 West Main Street, P.O. Box 23560
Belleville, IL  62223-0560

Craig C. Martin
**JENNER & BLOCK**
330 North Wabash Avenue
Chicago, IL  60611-7603

Robert H. Shultz, Jr.
**HEYL, ROYSTER, VOEKLER and ALLEN, P.C.**
103 W. Vandalia Street, Suite 100
Edwardsville, IL  62025

David B. Johnson
**SIDLEY AUSTIN BROWN & WOOD LLP**
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603

William A. Schmidt
**GREENSFELDER, HEMKER & GALE, P.C.**
12 Wolf Creek Drive, Suite 100
Swansea, IL  62226

Scott M. Mendel
**BELL, BOYD & LLYOD LLC**
70 West Madison Street
Chicago, IL  60602

Ann Hatch
**HERZOG CREBS LLP**
5111 W. Main Street
Belleville, IL  62226

G. William Frick
**VAN NESS FELDMAN**
1050 Thomas Jefferson Street, N.W.
Seventh Floor
Washington, D.C.  20007

Michael Nester
**DONOVAN, ROSE, NESTER & JOLEY, P.C.**
8 East Washington Street
Belleville, IL  62220-2190

Thomas O. Kuhns
**KIRKLAND & ELLIS LLP**
200 East Randolph Drive
Chicago, IL  60601

Richard T. Coyne
**WEGMAN, HESSLER & VANDERBURG**
6055 Rockslide Woods Boulevard
Suite 200
Cleveland, OH  44131

Robert D. Owen
**FULBRIGHT & JAWORSKI**
666 Fifth Avenue
New York, NY  10103-3198

John E. Galvin
**FOX GALVIN, LLC**
One Memorial Drive, 12th Floor
St. Louis, MO  63102

Richard A. Mueller
**THOMPSON COBURN, LLP**
One US Bank Plaza, Suite 2700
St. Louis, MO  63101-1611

| | | |
|---|---|---|
| 1 | Kevin T. Hoerner<br>**BECKER, PAULSON, HOERNER &** | Roger L. Longtin<br>**DLA PIPER RUDNICK GRAY CARY** |
| 2 | **THOMPSON, P.C.**<br>5111 West Main Street | 203 N. LaSalle Street<br>Chicago, Illinois 60601 |
| 3 | Belleville, IL 62226 | |
| 4 | Donald J. Dahlmann | Eric N. Macey<br>**NOVACK AND MACEY LLP** |
| 5 | **WALKER AND WILLIAMS P.C.**<br>4343 West Main Street | 100 North Riverside Plaza<br>Chicago, IL 60606-1501 |
|   | Belleville, IL 62226 | |

```
                                    /s/ Eric B. Fastiff
                                    _____
                                    Eric B. Fastiff
```

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28

765307.1 — - 2 - — PLTF CARL PHILLIPS'S CERT. OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16
CASE NO. 08-02671 SBA