1 | Joseph R. Saveri (State Bar No. 130064)
    *jsaveri@lchb.com*
2 | Michael W. Sobol (State Bar No. 194857)
    *msobol@lchb.com*
3 | Eric B. Fastiff (State Bar No. 182260)
    *efastiff@lchb.com*
4 | Jordan Elias (State Bar No. 228731)
    *jelias@lchb.com*
5 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 30th Floor
6 | San Francisco, CA 94111-3339
    Telephone: (415) 956-1000
7 | Facsimile: (415) 956-1008

8 | [Additional Counsel Listed on Signature Page]

9 | *Attorneys for Individual and Representative Plaintiff
    Carl Phillips*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| CARL PHILLIPS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK & CO., *et al.*,<br><br>Defendants. | Case No. 08-02671 SBA<br><br>**NOTICE OF APPEARANCE**<br><br>The Honorable Saundra B. Armstrong |

769220.1

NOTICE OF APPEARANCE
CASE NO. 08-02671 SBA

JORDAN ELIAS of Lieff, Cabraser, Heimann & Bernstein, LLP, files this Notice of Appearance in the above-captioned action as counsel of record for Plaintiffs CARL PHILLIPS and all others similarly situated. All further pleadings and notices should be served on the undersigned.

Dated: June 24, 2008                    Respectfully Submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


By:  */s/ Jordan Elias*
        Jordan Elias, State Bar No. 228731

Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Michael W. Sobol (State Bar No. 194857)
*msobol@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
Jordan Elias (State Bar No. 228731)
*jelias@lchb.com*
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Samuel D. Heins
*sheins@heinsmills.com*
Vincent J. Esades
*vesades@heinsmills.com*
Scott W. Carlson
*scarlson@heinsmills.com*
Katherine T. Kelly
*kkelly@heinsmills.com*
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN  55403
Telephone:  (612) 338-4605

769220.1                             - 1 -                     NOTICE OF APPEARANCE
                                                               CASE NO. 08-02671 SBA

Brian M. Sund
*bsund@morrisonfenske.com*
Eric G. Nasstrom
*enasstrom@morrisonfenske.com*
Joshua G. Hauble
*jhauble@morrisonfenske.com*
MORRISON FENSKE & SUND, P.A.
5125 County Road 101, Suite 102
Minnetonka, MN 55345
Telephone: (952) 975-0050

*Attorneys for Individual and Representative Plaintiff Carl Phillips*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008, I caused the foregoing document to be served via U.S. Mail to the following:

| | |
|---|---|
| William H. Manning<br>**ROBINS, KAPLAN, MILLER**<br>**& CIRESI L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402 | Scott M. Mendel<br>**BELL, BOYD & LLYOD LLC**<br>70 West Madison Street<br>Chicago, IL  60602 |
| Judy L. Cates<br>**THE CATES LAW FIRM, L.L.C.**<br>216 West Pointe Drive, Suite A<br>Swansea, IL  62226 | Ann Hatch<br>**HERZOG CREBS LLP**<br>5111 W. Main Street<br>Belleville, IL  62226 |
| Platinum Equity, LLC<br>c/o CT Corporation System<br>818 West 7th St., Second Floor<br>Los Angeles, CA 90017 | G. William Frick<br>**VAN NESS FELDMAN**<br>1050 Thomas Jefferson Street, N.W.<br>Seventh Floor<br>Washington, D.C.  20007 |
| Charles J. Swartwout<br>**GUNDLACH, LEE, EGGMANN,**<br>**BOYLE & ROESSLER**<br>5000 West Main Street, P.O. Box 23560<br>Belleville, IL  62223-0560 | Michael Nester<br>**DONOVAN, ROSE, NESTER**<br>**& JOLEY, P.C.**<br>8 East Washington Street<br>Belleville, IL  62220-2190 |
| Craig C. Martin<br>**JENNER & BLOCK**<br>330 North Wabash Avenue<br>Chicago, IL  60611-7603 | Thomas O. Kuhns<br>**KIRKLAND & ELLIS LLP**<br>200 East Randolph Drive<br>Chicago, IL  60601 |
| Robert H. Shultz, Jr.<br>**HEYL, ROYSTER, VOEKLER**<br>**and ALLEN, P.C.**<br>103 W. Vandalia Street, Suite 100<br>Edwardsville, IL  62025 | Richard T. Coyne<br>**WEGMAN, HESSLER**<br>**& VANDERBURG**<br>6055 Rockslide Woods Boulevard<br>Suite 200<br>Cleveland, OH  44131 |
| David B. Johnson<br>**SIDLEY AUSTIN BROWN**<br>**& WOOD LLP**<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, IL  60603 | Robert D. Owen<br>**FULBRIGHT & JAWORSKI**<br>666 Fifth Avenue<br>New York, NY  10103-3198 |
| William A. Schmidt<br>**GREENSFELDER, HEMKER**<br>**& GALE, P.C.**<br>12 Wolf Creek Drive, Suite 100<br>Swansea, IL  62226 | John E. Galvin<br>**FOX GALVIN, LLC**<br>One Memorial Drive, 12th Floor<br>St. Louis, MO  63102 |
| | Richard A. Mueller<br>**THOMPSON COBURN, LLP**<br>One US Bank Plaza, Suite 2700<br>St. Louis, MO  63101-1611 |

1 | Kevin T. Hoerner
**BECKER, PAULSON, HOERNER & THOMPSON, P.C.**
5111 West Main Street
Belleville, IL 62226

Donald J. Dahlmann
**WALKER AND WILLIAMS P.C.**
4343 West Main Street
Belleville, IL 62226

Roger L. Longtin
**DLA PIPER RUDNICK GRAY CARY**
203 N. LaSalle Street
Chicago, Illinois 60601

Eric N. Macey
**NOVACK AND MACEY LLP**
100 North Riverside Plaza
Chicago, IL 60606-1501

*/s/ Jordan Elias*
Jordan Elias