Kathleen N. Millican, Bar No. 203691
**SKIKOS, CRAWFORD, SKIKOS, JOSEPH & MILLICAN**
625 Market Street, 11th Floor
San Francisco, California 94105
(415) 546-7300
(415) 546-7301 fax
kmillican@skikoscrawford.com

Attorneys for Defendant PLATINUM EQUITY LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL PHILLIPS, individually, and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>         vs.<br><br>SEARS, ROEBUCK AND COMPANY; DEERE & COMPANY; TECUMSEH PRODUCTS COMPANY; PLATINUM EQUITY, LLC; BRIGGS & STRATTON CORPORATION; KAWASAKI MOTORS CORP. USA; MTD PRODUCTS INC; THE TORO COMPANY; AMERICAN HONDA MOTOR COMPANY, INC.; ELECTROLUX HOME PRODUCTS, INC.; HUSQVARNA OUTDOOR PRODUCTS, INC.; and THE KOHLER COMPANY,<br><br>             Defendants. | **CASE No.: 4:08-cv-02671-SBA**<br><br><br>**MOTION BY DEFENDANT PLATINUM EQUITY LLC TO ENLARGE TIME PURSUANT TO CIV L. R. 6-3** |

Defendant, Platinum Equity, LLC ("Platinum Equity"), by and through its undersigned counsel, hereby moves this Court pursuant to Civ. L. R. 6-3 to enlarge by 30 days the time within which to respond to the complaint filed in the above-captioned action (the "Class Action Complaint").

The Class Action Complaint was filed on May 28, 2008, and Platinum Equity was served

1  on or about June 13, 2008.  As a result, its response to the Class Action Complaint is due on July

2  3, 2008.  Obtaining a 30-day enlargement of time is critical because the undersigned counsel was

3  retained only yesterday, and cannot prepare a timely, adequate response absent an enlargement.

4
5      The Class Action Complaint asserts claims for the purported violation of the California

6  Consumers Legal Remedies Act (Cal. Civ. Code § 1750 *et seq.*), California Business &

7  Professions Code § 17500, and California Business and Professions Code § 17200 *et seq.*, and for

8  unjust enrichment and civil conspiracy.  Platinum Equity would be harmed substantially absent an

9
10  enlargement of time, since counsel would be denied adequate time to investigate and understand

11  the claims asserted and to prepare an adequate response, including determining whether grounds

12  exist for filing a Rule 12(b)(6) motion to dismiss.

13      As set forth in greater detail in the accompanying Declaration of Mark S. Baldwin, before

14  making the instant application, in-house counsel at Platinum Equity attempted without success to

15
16  reach counsel for Plaintiffs in order to obtain a stipulation pursuant to Civ. L. R. 6-1(a).  This is

17  Platinum Equity's first request for an enlargement of time, which enlargement would not affect

18  any known scheduling order in this matter.

19      Good cause being shown in the foregoing, Platinum Equity respectfully requests a 30-day

20  enlargement of time pursuant Civ. L. R. 6-3, along with such and other relief as this Court deems

21  appropriate.
22

23                                  Respectfully submitted,

24                                  **DEFENDANT,**
                                    **PLATINUM EQUITY , LLC**
25
26                                  By:    /s/ Kathleen N. Millican

27                                  Kathleen N. Millican, Esq.
                                    Skikos, Crawford, Skikos, Joseph & Millican LLP
28                                  625 Market Street, 11th Floor
                                    San Francisco, CA 94105

1

2

*-and-*

3

4       Mark S. Baldwin (ct01363)
        E-mail: mbaldwin@brownrudnick.com
5       Franca L. DeRosa (ct07836)
        E-mail: fderosa@brownrudnick.com
6       Brown Rudnick LLP
        CityPlace I, 38th Floor
7       185 Asylum Street
        Hartford, CT 06103
8       Telephone: 860-509-6500
        Fax: 860-509-6501
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROPOSED ORDER

Good cause being show in the foregoing, defendant Platinum Equity, LLC's Motion to Enlarge Time Pursuant to Civ. L. R. 6-3 is hereby granted/denied.  Defendant, Platinum Equity, LLC, is hereby ordered to respond to the Class Action Complaint on or before _____ .

DATED: _____        _____
                                    Judge of the District Court