1  Kathleen N. Millican, Bar No. 203691
   **SKIKOS, CRAWFORD, SKIKOS, JOSEPH & MILLICAN**
2  625 Market Street, 11th Floor
   San Francisco, California 94105
3  (415) 546-7300
   (415) 546-7301 fax
4  kmillican@skikoscrawford.com

5  Attorneys for Defendant PLATINUM EQUITY LLC

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10  CARL PHILLIPS, individually, and on behalf of all  ) CASE No.: 4:08-cv-02671-SBA
    others similarly situated,                        )
11                                                    )
                          Plaintiff,                  )
12                                                    )
             vs.                                      )
13                                                    )
    SEARS, ROEBUCK AND COMPANY; DEERE &              ) **DECLARATION OF MARK S.**
14  COMPANY; TECUMSEH PRODUCTS                        ) **BALDWIN IN SUPPORT OF**
    COMPANY; PLATINUM EQUITY, LLC;                    ) **DEFENDANT PLATINUM EQUITY**
15  BRIGGS & STRATTON CORPORATION;                    ) **LLC'S MOTION TO ENLARGE TIME**
    KAWASAKI MOTORS CORP. USA; MTD                    ) **PURSUANT TO CIV. L. R. 6-3**
16  PRODUCTS INC; THE TORO COMPANY;                   )
17  AMERICAN HONDA MOTOR COMPANY,                     )
    INC.; ELECTROLUX HOME PRODUCTS, INC.;            )
18  HUSQVARNA OUTDOOR PRODUCTS, INC.;                 )
19  and THE KOHLER COMPANY,                           )
                                                      )
20                                                    )
                         Defendants.                  )
21                                                    )
                                                      )
22

23       I, Mark S. Baldwin, declare as follows:

24       1.      I am an attorney with Brown Rudnick LLP, counsel for Defendant Platinum Equity,

25  LLC ("Platinum Equity"). I make this Declaration in support of Platinum Equity's Motion to

26  Enlarge Time Pursuant to Civ. L.R. 6-3. I am an active member in good standing of the

27  Connecticut Bar. I have personal knowledge of the facts stated herein, unless stated on

28

                                              1

information and belief, and if called upon to testify to those facts I could and would competently do so.

2. Platinum Equity was served with the complaint in the above-captioned action (the "Class Action Complaint") on or about June 13, 2008. As a result, its response to the Class Action Complaint is due on July 3, 2008.

3. (A) 30 day enlargement of time is necessary because:

the undersigned counsel was retained yesterday and is entering an appearance simultaneously herewith.

(B) The Class Action Complaint asserts claims for the purported violation of the California Consumers Legal Remedies Act (Cal. Civ. Code § 1750 et seq.), California Business & Professions Code § 17500 and California Business and Professions Code § 17200 et seq., and for unjust enrichment and civil conspiracy.

(C) In light of the foregoing, counsel needs additional time to investigate and understand the claims asserted and to prepare an adequate response.

4. Platinum Equity will be harmed substantially if the requested enlargement of time is not granted because its counsel need to acquaint themselves with this matter before preparing a response to the Class Action Complaint, including determining whether Platinum Equity has grounds to file a Rule 12(b)(6) motion to dismiss.

5. On information and belief, Barbara Velasco, Esq., Assistant General Counsel for Platinum Equity, made a number of phone calls in an attempt to reach counsel for plaintiffs in order to obtain a stipulation pursuant to Civ. L. R. 6-1(a). Specifically, on July 1, 2008, she left two messages for Joseph Saveri, Esq. of Lieff, Cabraser, Heimann & Bernstein, LLP, and another message on July 2, 2008.

6. This is Platinum Equity's first request for an enlargement of time.

7. Platinum Equity states that the requested enlargement will not affect any known scheduling order in this matter.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 3rd day of July, 2008, at Hartford, Connecticut.

\s\ Mark S. Baldwin
Mark S. Baldwin