1    Kathleen N. Millican, Bar No. 203691
**SKIKOS, CRAWFORD, SKIKOS, JOSEPH & MILLICAN**
2    625 Market Street, 11th Floor
San Francisco, California 94105
3    (415) 546-7300
(415) 546-7301 fax
4    kmillican@skikoscrawford.com

5    Attorneys for Defendant PLATINUM EQUITY LLC

6

7               **UNITED STATES DISTRICT COURT**

8             **NORTHERN DISTRICT OF CALIFORNIA**

9

10   CARL PHILLIPS, individually, and on behalf of all )   **CASE No.: 4:08-cv-02671-SBA**
11   others similarly situated, )
               Plaintiff, )
12                )
            vs. )
13                )
SEARS, ROEBUCK AND COMPANY; )
14   DEERE & COMPANY; TECUMSEH )
PRODUCTS COMPANY; PLATINUM )
15   EQUITY, LLC; BRIGGS & STRATTON )
CORPORATION; KAWASAKI MOTORS )
16   CORP. USA; MTD PRODUCTS INC; THE )   **CERTIFICATE OF SERVICE**
TORO COMPANY; AMERICAN HONDA )
17   MOTOR COMPANY, INC.; ELECTROLUX )
HOME PRODUCTS, INC.; HUSQVARNA )
18   OUTDOOR PRODUCTS, INC.; and THE )
KOHLER COMPANY, )
19                )
20                )
21             Defendants. )
22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2008, the foregoing Motion to Enlarge Time Pursuant to Civ. L. R. 6-3, Declaration of Mark S. Baldwin and Proposed Order were filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.  The following counsel and/or parties have appeared in this case as of this date:

Joseph R. Saveri
Eric B. Fastiff
Jordan S. Elias
Michael W. Sobol
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor                Counsel for Plaintiffs
San Francisco, CA 94111


Samuel D. Heins
Katherine T. Kelly
Scott Carlson
Vincent J. Esades
Heins Mills & Olson, P.L.C.
310 Clifton Avenue                            Counsel for Plaintiffs
Minneapolis, MN 55403


                                        /s/  Kathleen N. Millican
                                       Kathleen N. Millican

TO:

Joseph R. Saveri                          Samuel D. Heins
Eric B. Fastiff                           Katherine T. Kelly
Jordan S. Elias                           Scott Carlson
Michael W. Sobol                          Vincent J. Esades
Lieff, Cabraser, Heimann & Bernstein, LLP  Heins Mills & Olson, P.L.C.
275 Battery Street, 30th Floor            310 Clifton Avenue
San Francisco, CA 94111                   Minneapolis, MN 55403

Counsel for Plaintiffs                    Counsel for Plaintiffs

2