**FILED**
JUL 0 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

CARL PHILLIPS,

    Plaintiff,

v.

SEARS, ROEBUCK AND COMPANY, et al.,

    Defendant.

No. C 08-02671 SBA

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

[Docket No. 9]

---

Vincent J. Esades, an active member in good standing of the bar of Minnesota, whose business address and telephone number is Heins Mills & Olson, P.L.C., 310 Clifton Avenue, Minneapolis, MN 55403, (612) 338-4605, has applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing plaintiff Carl Phillips.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with local co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

IT IS SO ORDERED.

7-2 , 2008

                                                  Saundra Brown Armstrong
                                                United States District Judge