Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Michael W. Sobol (State Bar No. 194857)
*msobol@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
Jordan Elias (State Bar No. 228731)
*jelias@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

[Additional Counsel Listed on Signature Page]

*Attorneys for Individual and Representative Plaintiff
Carl Phillips*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| CARL PHILLIPS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK & CO., *et al.*,<br><br>Defendants. | Case No. 08-02671 SBA<br><br>**PLAINTIFF'S NON-OPPOSITION TO MOTION BY DEFENDANT PLATINUM EQUITY, LLC TO ENLARGE TIME PURSUANT TO CIV. L. R. 6-3**<br><br>The Honorable Saundra B. Armstrong |

Plaintiff Carl Phillips does not oppose defendant Platinum Equity, LLC's Motion to Enlarge Time.  (Docket No. 12.)  Plaintiff's counsel both spoke with and e-mailed Platinum Equity's assistant general counsel on July 3, 2008, and consented to the extension requested by Platinum Equity, a 30 day enlargement of time in which to respond to the complaint. Nevertheless, Platinum Equity filed its motion that day.

Plaintiff expects to file a joint motion with other parties to further extend the time by which all Defendants must respond to the complaint until 45 days after the Judicial Panel on

Multidistrict Litigation rules upon Plaintiff's pending motion to transfer related actions to the District of New Jersey.

Dated: July 8, 2008

Respectfully Submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/ Jordan Elias*
     Jordan Elias

Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Michael W. Sobol (State Bar No. 194857)
*msobol@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
Jordan Elias (State Bar No. 228731)
*jelias@lchb.com*
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Samuel D. Heins
*sheins@heinsmills.com*
Vincent J. Esades
*vesades@heinsmills.com*
Scott W. Carlson
*scarlson@heinsmills.com*
Katherine T. Kelly
*kkelly@heinsmills.com*
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605

Brian M. Sund
*bsund@morrisonfenske.com*
Eric G. Nasstrom
*enasstrom@morrisonfenske.com*
Joshua G. Hauble
*jhauble@morrisonfenske.com*
MORRISON FENSKE & SUND, P.A.
5125 County Road 101, Suite 102
Minnetonka, MN 55345
Telephone: (952) 975-0050

*Attorneys for Individual and Representative Plaintiff Carl Phillips*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2008, I caused the foregoing document to be served via U.S. Mail to the following:

William H. Manning
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402

Judy L. Cates
**THE CATES LAW FIRM, L.L.C.**
216 West Pointe Drive, Suite A
Swansea, IL  62226

Barbara Velasco, Esq.
**PLATINUM EQUITY, LLC**
c/o CT Corporation System
818 West 7th St., Second Floor
Los Angeles, CA 90017

Charles J. Swartwout
**GUNDLACH, LEE, EGGMANN, BOYLE & ROESSLER**
5000 West Main Street, P.O. Box 23560
Belleville, IL  62223-0560

Craig C. Martin
**JENNER & BLOCK**
330 North Wabash Avenue
Chicago, IL  60611-7603

Robert H. Shultz, Jr.
**HEYL, ROYSTER, VOEKLER and ALLEN, P.C.**
103 W. Vandalia Street, Suite 100
Edwardsville, IL  62025

David B. Johnson
**SIDLEY AUSTIN BROWN & WOOD LLP**
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603

William A. Schmidt
**GREENSFELDER, HEMKER & GALE, P.C.**
12 Wolf Creek Drive, Suite 100
Swansea, IL  62226

Scott M. Mendel
**BELL, BOYD & LLOYD LLC**
70 West Madison Street
Chicago, IL  60602

Ann Hatch
**HERZOG CREBS LLP**
5111 W. Main Street
Belleville, IL  62226

G. William Frick
**VAN NESS FELDMAN**
1050 Thomas Jefferson Street, N.W.
Seventh Floor
Washington, D.C.  20007

Michael Nester
**DONOVAN, ROSE, NESTER & JOLEY, P.C.**
8 East Washington Street
Belleville, IL  62220-2190

Thomas O. Kuhns
**KIRKLAND & ELLIS LLP**
200 East Randolph Drive
Chicago, IL  60601

Richard T. Coyne
**WEGMAN, HESSLER & VANDERBURG**
6055 Rockslide Woods Boulevard
Suite 200
Cleveland, OH  44131

Robert D. Owen
**FULBRIGHT & JAWORSKI**
666 Fifth Avenue
New York, NY  10103-3198

John E. Galvin
**FOX GALVIN, LLC**
One Memorial Drive, 12th Floor
St. Louis, MO  63102

Richard A. Mueller
**THOMPSON COBURN, LLP**
One US Bank Plaza, Suite 2700
St. Louis, MO  63101-1611

| | |
|---|---|
| Kevin T. Hoerner<br>**BECKER, PAULSON, HOERNER &**<br>**THOMPSON, P.C.**<br>5111 West Main Street<br>Belleville, IL 62226<br><br>Donald J. Dahlmann<br>**WALKER AND WILLIAMS P.C.**<br>4343 West Main Street<br>Belleville, IL 62226 | Roger L. Longtin<br>**DLA PIPER RUDNICK GRAY CARY**<br>203 N. LaSalle Street<br>Chicago, Illinois 60601<br><br>Eric N. Macey<br>**NOVACK AND MACEY LLP**<br>100 North Riverside Plaza<br>Chicago, IL 60606-1501 |

　　　　　　　　　　　　　　　　*/s/ Jordan Elias*
　　　　　　　　　　　　　　　　Jordan Elias