## WAIVER OF SERVICE OF SUMMONS

TO: Scott W. Carlson, Heins Mills & Olson, P.L.C., 310 Clifton Avenue, Minneapolis, MN 55403

I, Richard T. Coyne, Attorney for MTD Products Inc, acknowledge receipt of your request that I waive service of a summons in the action <u>Phillips v. Sears, Roebuck & Co., et al.</u>, No. C 08-02671 SBA, filed in the United States District Court for the Northern District of California. I have also received a copy of the Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that MTD Products Inc, on whose behalf I am acting, be served with judicial process in the manner provided by Rule 4.

MTD Products Inc will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against MTD Products Inc if an answer or motion under Rule 12 is not served upon you within 45 days after the Judicial Panel on Multidistrict Litigation rules upon Plaintiffs' Motion to Transfer actions related to *In re Lawnmower Engines Horsepower Marketing & Sales Practices Litigation*, MDL No. 1971.

Dated: 6/25/08

By: Richard T. Coyne
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., #200
Cleveland, OH 44131
On behalf of:
MTD Products Inc

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiffs' attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

1  Vincent J. Esades (Admitted Pro Hac Vice)
2  vesades@heinsmill.com
   HEINS MILLS & OLSON, P.L.C.
3  310 Clifton Avenue
   Minneapolis, MN 55403
4  Tel.: (612) 338-4605
5  Fax: (612) 338-4692

6  Joseph R. Saveri (State Bar No. 130064)
   jsaveri@lchb.com
7  Michael Sobol (State Bar No. 194857)
   msobol@lchb.com
8  Eric B. Fastiff (State Bar No. 182260)
   efastiff@lchb.com
9  Jordan Elias (State Bar No. 228731)
10 jelias@lchb.com
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
11 Embarcadero Center West
12 275 Battery St., Suite 3000
   San Francisco, CA  94111-3339
13 Tel.: (415) 956-1000
   Fax: (415) 956-1008
14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                              **(OAKLAND DIVISION)**

| | |
|---|---|
| Carl Phillips, individually, and on behalf of all others similarly situated, | |
| Plaintiffs, | **Case No.: 4:08-cv-02671-SBA** |
| v. | |
| Sears, Roebuck and Company, Deere & Company, Tecumseh Products Company, Briggs & Stratton Corporation, Kawasaki Motors Corp. USA., MTD Products Inc, The Toro Company, American Honda Motor Company, Inc., Electrolux Home Products, Inc., The Kohler Company, Husqvarna Outdoor Products, Inc. and Platinum Equity, LLC | **CERTIFICATE OF SERVICE** |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2008, I caused the forgoing document to be served via U.S. Mail to the following:

| | |
|---|---|
| William H. Manning<br>ROBINS, KAPLAN, MILLER<br>& CIRESI L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402 | William A. Schmidt<br>GREENSFELDER, HEMKER<br>& GALE, P.C.<br>12 Wolf Creek Drive, Suite 100<br>Swansea, IL  62226 |
| Judy L. Cates<br>THE CATES LAW FIRM, L.L.C.<br>216 West Pointe Drive, Suite A<br>Swansea, IL  62226 | Scott M. Mendel<br>BELL, BOYD & LLYOD LLC<br>70 West Madison Street<br>Chicago, IL  60602 |
| Charles J. Swartwout<br>GUNDLACH, LEE, EGGMANN, BOYLE<br>& ROESSLER<br>5000 West Main Street, P.O. Box 23560<br>Belleville, IL  62223-0560 | Ann Hatch<br>HERZOG CREBS LLP<br>5111 W. Main Street<br>Belleville, IL  62226 |
| Craig C. Martin<br>JENNER & BLOCK<br>330 North Wabash Avenue<br>Chicago, IL  60611-7603 | Sam Kalen<br>G. William Frick<br>VAN NESS FELDMAN<br>1050 Thomas Jefferson Street, N.W.<br>Seventh Floor<br>Washington, D.C.  20007 |
| Robert H. Shultz, Jr.<br>HEYL, ROYSTER, VOEKLER<br>and ALLEN, P.C.<br>103 W. Vandalia Street, Suite 100<br>Edwardsville, IL  62025 | Michael Nester<br>DONOVAN, ROSE, NESTER<br>& JOLEY, P.C.<br>8 East Washington Street<br>Belleville, IL  62220-2190 |
| David B. Johnson<br>SIDLEY AUSTIN BROWN<br>& WOOD LLP<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, IL  60603 | Thomas O. Kuhns<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL  60601 |
| | Richard T. Coyne<br>WEGMAN, HESSLER<br>& VANDERBURG<br>6055 Rockslide Woods Boulevard<br>Suite 200<br>Cleveland, OH  44131 |

| | | |
|---|---|---|
| 1 | Robert D. Owen | Donald J. Dahlmann |
| 2 | FULBRIGHT & JAWORSKI | WALKER AND WILLIAMS P.C. |
|   | 666 Fifth Avenue | 4343 West Main Street |
| 3 | New York, NY  10103-3198 | Belleville, IL 62226 |
| 4 | John E. Galvin | Roger L. Longtin |
| 5 | FOX GALVIN, LLC | DLA PIPER RUDNICK GRAY CARY |
|   | One Memorial Drive, 12th Floor | 203 N. LaSalle Street |
| 6 | St. Louis, MO  63102 | Chicago, Illinois 60601 |
| 7 | Carl J. Pesce | Eric N. Macey |
| 8 | Richard A. Mueller | NOVACK AND MACEY LLP |
|   | THOMPSON COBURN, LLP | 100 North Riverside Plaza |
| 9 | One US Bank Plaza, Suite 2700 | Chicago, IL 60606-1501 |
|   | St. Louis, MO  63101-1611 | |
| 10 | | Kathleen N. Millican |
| 11 | Kevin T. Hoerner | SKIKOS, CRAWFORD, SKIKOS, JOSEPH |
|    | BECKER, PAULSON, HOERNER & | & MILLICAN |
| 12 | THOMPSON, P.C. | 625 Market Street, 11th Floor |
|    | 5111 West Main Street | San Francisco, CA 94105 |
| 13 | Belleville, IL 62226 | |

Dated:  July 28, 2008                                   s/ *Vincent J. Esades*

3                                    CERTIFICATE OF SERVICE
                                     CASE NO. 08-02671 SBA