SEDGWICK, DETERT, MORAN & ARNOLD LLP
GAYLE L. GOUGH  Bar No. 154398
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for DEFENDANTS SEARS, ROEBUCK AND CO.; DEERE & COMPANY; TECUMSEH PRODUCTS COMPANY; BRIGGS & STRATTON CORPORATION; KAWASAKI MOTORS CORP. USA; THE TORO COMPANY; ELECTROLUX HOME PRODUCTS, INC.; HUSQVARNA OUTDOORS PRODUCTS, INC.; and THE KOHLER COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL PHILLIPS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND COMPANY; DEERE & COMPANY; TECUMSEH PRODUCTS COMPANY; PLATINUM EQUITY, LLC; BRIGGS & STRATTON CORPORATION; KAWASAKI MOTORS CORP. USA; MTD PRODUCTS INC; THE TORO COMPANY; AMERICAN HONDA MOTOR COMPANY, INC.; ELECTROLUX HOME PRODUCTS, INC.; HUSQVARNA OUTDOOR PRODUCTS, INC.; and THE KOHLER COMPANY,<br><br>Defendants. | CASE NO. C 08-02671 SBA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Carl Phillips and Defendants Sears, Roebuck and Co., Deere & Company, Tecumseh Products Company, Briggs & Stratton Corporation, Kawasaki Motors Corp. USA, The Toro Company, Electrolux Home Products, Inc., Husqvarna Outdoors Products, Inc., and The Kohler Company ("Defendants"), by and through

-1-
CASE NO. C 08-02671 SBA
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1 | their attorneys of record, as set forth below, hereby stipulate and agree to an extension of time for
2 | Defendants to respond to Plaintiff's Complaint until 45 days after the Judicial Panel on
3 | Multidistrict Litigation ("JPML") rules upon Plaintiffs' pending motion to transfer for
4 | coordinated pretrial proceedings related actions that have been filed, and that other Plaintiffs
5 | intend to file, in other federal district courts around the country, pursuant to 28 U.S.C. § 1407.

6 | DATED: July 31, 2008    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

8 | By: /s/ Jordan Elias
9 | Jordan Elias
   | Attorneys for Plaintiff
10 | CARL PHILLIPS

11 | DATED: July 31, 2008    SEDGWICK, DETERT, MORAN & ARNOLD LLP

13 | By: /s/ Gayle L. Gough
14 | Gayle L. Gough
   | Attorneys for Defendants
15 | SEARS, ROEBUCK AND CO.; DEERE & COMPANY;
   | TECUMSEH PRODUCTS COMPANY; BRIGGS &
16 | STRATTON CORPORATION; KAWASAKI MOTORS
   | CORP. USA; THE TORO COMPANY; ELECTROLUX
17 | HOME PRODUCTS, INC.; HUSQVARNA
   | OUTDOORS

-2-    CASE NO. C 08-02671 SBA
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT