THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARL PHILLIPS, individually, and on behalf of all others similarly situated,

        Plaintiffs,

v.

SEARS, ROEBUCK AND COMPANY, et al.,

        Defendants.

Case No. 08-02671 SBA

**ORDER**

[Docket No. 30]

Before the Court is the parties' stipulation requesting a continuance of the Case Management Conference set for September 11, 2008, and extension of time for defendants to respond to the complaint [Docket No. 30].

Accordingly, it is hereby ORDERED that:

1)     The Case Management Conference set for September 11, 2008 is continued to **December 3, 2008 at 2:30 p.m.**; and

2)     Defendants are granted 45 days after the JPML decides whether this action should be consolidated with related actions to respond to the Complaint.

IT IS SO ORDERED.

Dated: 8/7/08

                                  SAUNDRA BROWN ARMSTRONG
                                  United States District Judge