

Clerk's Use Only
Initial for fee pd.:

Type name, address, phone number of applicant here
Mark S. Baldwin, Brown Rudnick LLP, CityPlace I, 185 Asylum Street, 38th Floor, Hartford, Connecticut, 06103, (860) 509-6500

FILED
AUG 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Carl Phillips, et al.,

C-08-2671-SBA

CASE NO. 4:08-cv-02761-SBA

Plaintiff(s),

v.

Sears, Roebuck and Company, et al.,

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Defendant(s). /

Pursuant to Civil L.R. 11-3, Mark S. Baldwin ■ , an active member in good standing of the bar of the State of Connecticut ■ , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant Platinum Equity, LLC ■ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Kathleen N. Millican, Skikos, Crawford, Skikos, Joseph & Millican, 625 Market Street, 11th Floor, San Francisco, California, 94105, (415) 546-7300

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 11, 2008

```
CORRECTED

Court Name: U.S. District Court, NOCA
Division: 4
Receipt Number: 44611002497
Cashier ID: lenahac
Transaction Date: 08/13/2008
Payer Name: Brown Rudnick et al
------------------------------------
PRO HAC VICE
 For: Mark S. Baldwin
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 2245
 Amt Tendered: $210.00
------------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:    $0.00

C-08-2671-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

RECEIVED

AUG 1 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

Carl Phillips, et al.,

C-08-2671-SBA

CASE NO. 4:08-cv-02761-SBA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Plaintiff(s),
v.

Sears, Roebuck and Company, et al.,

Defendant(s).
_____/

Mark S. Baldwin                    , an active member in good standing of the bar of

the State of Connecticut                    whose business address and telephone number

(particular court to which applicant is admitted)

is

Brown Rudnick LLP, CityPlace I, 185 Asylum Street, 38th Floor, Hartford, Connecticut, 06103, (860) 509-6500

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Platinum Equity, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
Saundra Brown Armstrong
United States Magistrate Judge