AMAMGBO & ASSOCIATES
DONALD AMAMGBO, ESQ.
7901 Oakport Street, Suite 4900
Oakland, CA 94621
Telephone: 510-615-6000
Facsimile: 510-615-6025
Email: Donald@amamgbolaw.com

REGINALD TERRELL
THE TERRELL LAW GROUP
223 25th Street
Richmond, CA 94804
Telephone: 510-237-9700
Facsimile: 510-237-4616
Email: Reggiet2@aol.com

Attorneys for Plaintiff
ESTABAN MARVILLA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL PHILLIPS, on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK & COMPANY, et al.,<br><br>Defendants.<br><br>**This document relates to:**<br><br>ESTABAN MARVILLA, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SEARS, ROEBUCK & COMPANY, et al.<br><br>　　　　　　　Defendants._____ | Case No.: C08-2671 SBA<br><br>**[PROPOSED] ORDER RELATING CASES**<br><br>_____<br><br>Case No.: C08-cv-03202 MHP |

On August 19, 2008, Plaintiff in <u>Marvilla v. Sears, Roebuck & Company, et al.</u>, Case No.

1
**[PROPOSE] ORDER RE WHETHER CASES SHOULD BE RELATED**

1  C08-02671 SBA, filed an Administrative Motion to Consider Whether Cases Should Be Related,
2  pursuant to Local Rule 3-12. The Court, having considered the papers and pleadings on file, and
3  good cause appearing, HEREBY GRANTS the motion.
4     IT IS ORDERED that <u>Marvilla v. Sears, Roebuck & Company. et al.</u>, Case No. C08-03202
5  MHP is hereby related to <u>Phillips v. Sears, Roebuck & Company.</u>, Case No.: 08-CV-02671 SBA.
6     <u>Marvilla v. Sears, Roebuck & Company. et al.</u>, Case No. C08-02671 SBA shall be
7  reassigned to the undersigned judge pursuant to local Rule 3-12(f).
8  Dated:

                                            _____
                                            The Honorable Sandra Brown Armstrong
                                            United States District Judge