1  AMAMGBO & ASSOCIATES
   DONALD AMAMGBO, ESQ.
2  7901 Oakport Street, Suite 4900
   Oakland, CA 94621
3  Telephone: 510-615-6000
   Facsimile: 510-615-6025
4  Email: Donald@amamgbolaw.com

5

6  REGINALD TERRELL
   THE TERRELL LAW GROUP
7  223 25th Street
   Richmond, CA 94804
8  Telephone: 510-237-9700
   Facsimile: 510-237-4616
   Email: Reggiet2@aol.com
9

10  Attorneys for Plaintiff
    ESTABAN MARVILLA
11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14

15
    CARL PHILLIPS, on behalf of himself and all
16  others similarly situated                      Case No.: C08-2671 SBA

17  Plaintiffs,

18  v.                                             [PROPOSED] ORDER RELATING
                                                   CASES
19  SEARS, ROEBUCK & COMPANY, et al.,

20  Defendants.                                    _____

21  **This document relates to:**

22  ESTABAN MARVILLA, on behalf of himself         Case No.: C08-cv-03202 MHP
    and all others similarly situated,
23
                    Plaintiff,
24
        v.
25
    SEARS, ROEBUCK & COMPANY, et al.
26
                    Defendants._____
27

28
        On August 19, 2008, Plaintiff in Marvilla v. Sears, Roebuck & Company. et al., Case No.

                                        1
            [PROPOSE] ORDER RE WHETHER CASES SHOULD BE RELATED

C08-02671 SBA, filed an Administrative Motion to Consider Whether Cases Should Be Related, pursuant to Local Rule 3-12.  The Court, having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS ORDERED that <u>Marvilla v. Sears, Roebuck & Company. et al.</u>, Case No. C08-03202 MHP is hereby related to <u>Phillips v. Sears, Roebuck & Company.</u>, Case No.:  08-CV-02671 SBA.

<u>Marvilla v. Sears, Roebuck & Company. et al.</u>, Case No. C08-02671 SBA shall be reassigned to the undersigned judge pursuant to local Rule 3-12(f).

Dated:

_____
The Honorable Sandra Brown Armstrong

United States District Judge

[PROPOSE] ORDER RE WHETHER CASES SHOULD BE RELATED