UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
SEP 0 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CARL PHILLIPS,

       Plaintiff,

v.

SEARS, ROEBUCK AND COMPANY, et al.,

       Defendant.

No. C 08-02671 SBA

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

[Docket No. 33]

    Mark S. Baldwin, an active member in good standing of the bar of Connecticut, whose business address and telephone number is Brown Rudnick LLP, CityPlace I, 185 Asylum Street, 38th Floor, Hartford, Connecticut, 06103, (860) 509-6500, has applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing defendant Platinum Equity, LLC.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with local co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

IT IS SO ORDERED.

\_\_9-2\_\_, 2008

                                          Saundra Brown Armstrong
                                          United States District Judge